### UNITED STATES of America, Plaintiff—Appellee,

v.

### Arturo HERNANDEZ–ESGUERRA, Defendant—Appellant.

### No. 08–50411.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted July 8, 2009.*

Filed July 14, 2009.

Aaron B. Clark, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Brian J. White, Esquire, Law Offices of Brian J. White, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, FERNANDEZ and N.R. SMITH, Circuit Judges.

### MEMORANDUM**

The district court properly admitted testimony relating to financial gain. Fed. R.Evid. 801(d)(2)(E). The Government's characterization of the "beyond a reasonable doubt" standard in closing argument, if error, was harmless beyond a reasonable doubt. *See United States v. Perlaza,* 439 F.3d 1149, 1171 & n. 25 (9th Cir.2006).

### AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.